UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80161-CR-BLOOM/VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTHUR LEE HARMON,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This Cause is before the Court upon initial appearance hearing held on August 17, 2017 on the Superseding Petition for Offender under Supervision, ("Petition"), ECF No. [131]. The Petition alleges eleven (11) violations of the Defendant's supervised release conditions. See ECF No. [133]. At the initial appearance, the Defendant was advised of the violations alleged against him, his right to contest the violations, his right to a hearing and present evidence, and his right to question adverse witnesses. After being advised of those rights, the Defendant stated that he waived his right to a preliminary hearing to determine probable cause and waived his right to a final revocation hearing. See ECF No. [138]. The Defendant thereafter admitted that the Government and U.S. Probation had sufficient evidence to establish that each of the 11 violations occurred. On August 17, 2017, Judge William Matthewman issued a Report and Recommendation in which he recommended that this Court find that the Defendant did indeed commit allegations #1-11 as alleged in the petition and that sentencing be held. See Report, ECF No. [140]. Any objections to the Report and Recommendation were to be filed on or before

1

August 31, 2017. *Id.* at 4. No objections have been filed nor has there been a request for an extension in order to file objections.

Having considered Judge Matthewman's Report and Recommendation and having made a *de novo* review of the record, *see Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)), this Court finds Judge Matthewman's Report and Recommendation to be well reasoned and correct. The Court agrees with the analysis in Judge Matthewman's Report and Recommendation and concludes that the Defendant violated his terms of Supervised Release for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Matthewman's Report and Recommendation, ECF No. [140], is **ADOPTED.**

2. This case shall be set for Sentencing on the Violation of Supervised Release on allegations 1 through 11. **Sentencing is set on Friday, September 22, 2017 at 10:00 a.m. in Miami, 400 North Miami Avenue, Courtroom 10-2.**

**DONE and ORDERED** in Miami, Florida, this 1st day of September, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
The Honorable William Matthewman

Counsel of record